```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
ILYAS ALI,                                                    :
                                    Petitioner,               :
                                                              :        19 Civ. 8645 (LGS)
              -against-                                       :
                                                              :             ORDER
DHS/ICE/ DEPT. OF JUSTICE,                                    :
                                    Respondents.              :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/15/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Petitioner Ilyas Ali filed a petition for a writ of habeas corpus on September 17, 2019. He asserts that he has been detained since December 4, 2018, and that his continued detention, without the opportunity for a bond hearing, is unlawful based on the Supreme Court's decision in *Zadvydas v. Davis*, 533 U.S. 678 (2001);

WHEREAS the U.S. Attorney's Office filed a motion to dismiss or transfer on October 23, 2019 (Dkt. No. 7), with an accompanying certificate of service of that motion on Petitioner on October 23, 2019 (Dkt. No. 10);

WHEREAS, on November 4, 2019, Petitioner filed a notice of change of address, requesting that all correspondence be forwarded to his new address at Etowah County Detention Center, 827 Forrest Ave., Gadsden, AL, 35901 (Dkt. No. 12);

WHEREAS, all mailings to Petitioner at this address have been returned to the Court since November 4, 2019. It is hereby

ORDERED that, by **January 22, 2020**, the Government shall file a letter informing the Court as to the facility, if any, Petitioner is detained at, and its mailing address.

Dated: January 15, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE